# Court of Appeals
# of the State of Georgia

ATLANTA,__July 30, 2019_____

*The Court of Appeals hereby passes the following order:*

## A20E0002.  JEROME SLAUGHTER, JR. v. THE STATE

Jerome Slaughter, Jr. has filed an emergency motion requesting the Court to docket his appeal from the trial court's denial of his extraordinary motion for new trial, so that he has "the right to further his appeal." «**Motion at 1**» The record shows that Slaughter filed a timely notice of appeal from the trial court's order, and the Fulton County Clerk's Office has since requested that he file an amended notice of appeal for the appellate record to be prepared and transmitted. «**R. 7, 54-56**» The record before us does not contain an amended notice of appeal.

We assure Slaughter that, "as a matter of statute, no appeal shall be dismissed [by this Court] except where the notice of appeal is not filed in a timely manner, where the decision or judgment is not appealable, or where the question presented has become moot." *Jones v. Peach Trader Inc.*, 302 Ga. 504, 507 (II) (807 SE2d 840) (2017). And, OCGA § 5-6-48 (d) "permits amendment of a notice of appeal so that the appellate court can and will pass upon the appeal and not dismiss it." Id. Upon consideration of Slaughter's motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/30/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*